UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYJUAN TREVION-WAYNE FLETCHER,

    Plaintiff,

v.

JOHN HURT, *et al.*

    Defendants.

CASE NO. 2:24-cv-00357-JNW-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold and the remaining record, and having noted the lack of objections to the Report and Recommendation, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion to Dismiss (Dkt. 20) is granted, and Plaintiff's claims are dismissed without prejudice and with leave to amend within 30 days of the date of this order.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 27th day of March, 2025.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1